UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ERTAN BARUCIC, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CARRIZO OIL & GAS, INC., S.P. JOHNSON IV, STEVEN A. WEBSTER, F. GARDNER PARKER, FRANCES ALDRICH SEVILLA-SACASA, THOMAS L. CARTER, JR., ROBERT F. FULTON, ROGER A. RAMSEY, and FRANK A. WOJTEK,<br><br>Defendants. | Case No.  4:19-cv-03405<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Ertan Barucic ("Plaintiff") voluntarily dismisses his individual claims in the above-captioned action (the "Action") without prejudice.  Because this notice of dismissal is being filed before service by the Defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

Dated:  January 8, 2020

By  /s/ Daniel Zemel
Daniel Zemel
**ZEMEL LAW, LLC**
1373 Broad St., Suite 203C
Clifton, New Jersey 07013
T: (862) 227-3106
F: (973) 282-8603
DZ@zemellawllc.com

*Attorneys for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2020, a true and correct copy of the foregoing document was e-filed via the Court's ECF System with a copy electronically sent to all counsel of record.

/s/ Daniel Zemel
Daniel Zemel, Esq.