United States District Court
Southern District of Texas
**ENTERED**
January 09, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ERTAN BARUCIC, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:19-CV-03405 |
| § | |
| CARRIZO OIL & GAS, INC., *et al*, § | |
| § | |
| Defendants. § | |

# ORDER

Plaintiff Ertan Barucic filed a Notice of Voluntary Dismissal. (Doc. 4). In accordance with that Notice and Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **CLOSE** the case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, this the 8th day of January, 2020.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE